DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHARLIE CARTER III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0154

_____

December 27, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, Bartow; and David A. Davis, Special Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior publication.